■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v ERCILIO PEGUERO, Defendant. [696 NYS2d 728] —Motion to extend time to take appeal dismissed as untimely. Memorandum: Because the motion for an extension of time to take an appeal was made more than one year and 30 days from the date of sentencing, the motion is untimely (see, CPL 460.30 [1]). Present—Green, J. P., Pine, Wisner, Scudder and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v KENNETH SMITH, Defendant. [696 NYS2d 720] —Motion to extend time to take appeal dismissed as untimely. Memorandum: Because the motion for an extension of time to take an appeal was made more than one year and 30 days from the date of sentencing, the motion is untimely (see, CPL 460.30 [1]). Defendant's failing health does not excuse the failure to move within the statutory time period. Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Balio, JJ.

■ In the Matter of H. PAUL DOUCETTE, JR., for Reinstatement. [696 NYS2d 717] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Green, J. P., Pigott, Jr., Hurlbutt, Callahan and Balio, JJ. (Filed Sept. 17, 1999.)

■ In the Matter of DREW V. TIDWELL, an Attorney, Respondent. [700 NYS2d 411] —A certified copy of a certificate having been filed showing that Drew V. Tidwell was convicted of leaving the scene of an incident without reporting, he is disbarred and his name is stricken from the roll of attorneys. Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Sept. 17, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELLA ANDERSON, Appellant. [696 NYS2d 717] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Erie County Court, Wolfgang, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Pine, J. P., Lawton, Hayes, Scudder and Balio, JJ. (Filed Sept. 14, 1999.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CARR, Appellant. [696 NYS2d 717] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Lawton, J. P., Hayes, Hurlbutt, Callahan and Balio, JJ. (Filed Sept. 20, 1999.)